# UNITED STATES DISTRICT COURT

for the

_Southern__ District of __Texas__ [▼]

_____ Division

United States Courts
Southern District of Texas
F I L E D

MAY 1 1 2026

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| . Kimbley Carter Williams<br><br>―――――――――――――――――<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br><br>William Simon<br><br><br>―――――――――――――――――<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | ) Case No.   4;26-cv-00482 ―――――――<br>) *(to be filled in by the Clerk's Office)*<br>)<br>)<br>) Jury Trial: *(check one)* ☐ Yes ☐ No<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## *2nd Amendment Complaint*
## COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kimbley Carter Williams |
| Street Address · | 5555 Hollyview Drive Apt. 216 |
| City and County | Houston, Harris |
| State and Zip Code | Texas 77091 |
| Telephone Number | 3469710245 |
| E-mail Address | kimcarter313@yahoo.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

4:26 CV - 00482

Defendant No. 1

| | |
|---|---|
| Name | William Simon |
| Job or Title *(if known)* | U.S. Marshal |
| Street Address | 515 Rusk |
| City and County | Houston, Harris |
| State and Zip Code | Texas, 77091 |
| Telephone Number | 713-250-5500 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | R.Vaughn |
| Job or Title *(if known)* | Security Guard |
| Street Address | 515 Rusk |
| City and County | Houston,Harris |
| State and Zip Code | Texas, 77091 |
| Telephone Number | 713-250-5500 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

*4:26-CV-00482*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *42-USC-section 1983-Allow individuals to sue state or*

Ch.13 18usc-242 18usc-1021    *local government officals who violate the law.*

18usc-241      False Information(Stated that he was a sargent)    *Such as exessive force.*

18usc-245      Abuse of Authority and badge   *18USC 1001*

18usc-373      Assault on a citizen

18usc-41      Violation of Fourth Amendment Excessive force establish with Graham v *Connor 1989*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

     a.     If the plaintiff is an individual

         The plaintiff, *(name)* _____ , is a citizen of the

         State of *(name)* _____ .

     b.     If the plaintiff is a corporation

         The plaintiff, *(name)* _____ , is incorporated

         under the laws of the State of *(name)* _____ ,

         and has its principal place of business in the State of *(name)*

         _____ .

     *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

     a.     If the defendant is an individual

         The defendant, *(name)* _____ , is a citizen of

         the State of *(name)* _____ . Or is a citizen of

         *(foreign nation)* _____ .

*4:26-CV-00482*

b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On April 30,2025 between the hours of 10 through 11 am I came into 515 Rusk to assist my daughter on her visiton the 2nd floor but was refused enter by a Mr. R.Vaughn. I tried to explain that I had business in this building but because he saw me at a vehicle park in front of the building he stated he wasnt lettin me in,I ask for a supervisor in which he said he wasnt getting me one nor would any other security officer standing there would either.But moments later a man walks up to me ( William Simon )states he was a sargent and that I needed to leave his building,then started to forcibley removing me by grabbing my arms and pushing me against walls and doors causing multible brushes and scars without being a threat to him leaving me with long lasting trauma and anguish ,(mental & physical) stress pain and suffering. Supervisor "Reginald Hill witnessed incident. (works on 2nd floor)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the court for relief for damages by fines amount off all violation per each occurs of those violations paid in full to me. as well as criminals charges for each violation that relates. Attorney and Court fees to be awarded to me for his disturbing behavior.

4:26-CV-00482

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/04/2026

Signature of Plaintiff   Kimbley Carter Williams

Printed Name of Plaintiff   Kimbley Carter Williams

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address