United States District Court
Southern District of Texas
**ENTERED**
May 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Kimberly Carter Williams, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action H-26-0482 |
| | § | |
| William Simon, R. Vaughn, | § | |
| *Defendants.* | § | |

**ORDER TO SHOW CAUSE**

On May 14, 2026, the court conducted the initial conference in this case. ECF No. 13. Counsel for Defendant failed to appear.

A show cause hearing is set for May 28, 2026, at 2:45 p.m. by video. Counsel for Defendants is **ORDERED** to appear to show cause as to why default judgment should not be entered in favor of the Plaintiff.

*__Failure to appear will result in recommendation for Clerk's entry of default against the Defendants.__*

Signed at Houston, Texas, on May 14, 2026.

_____
Peter Bray
United States Magistrate Judge