**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Kimbley Carter Williams, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-00482 |
| | § | |
| William Simon and R. Vaughn, | § | |
| | § | |
| *Defendants*. | § | |

**DEFENDANT'S MOTION TO CONTINUE DEADLINE TO**
**RESPOND TO AMENDED COMPLAINT**

Defendant Deputy U.S. Marshal William Simon respectfully moves to extend the deadline to respond to Plaintiff's amended complaint until 21 days after the Court rules on Plaintiff's motion for leave to file a second amended complaint (Dkt. 18).

Plaintiff filed this lawsuit on January 21, 2026, alleging constitutional claims and claims based on violations of criminal law regarding an alleged incident at the courthouse. Dkt. 1. These claims were previously raised in her complaint in S.D. Tex. Case No. 4:25-cv-02460, which was dismissed with prejudice. S.D. Tex. Case No. 4:25-cv-02460, Dkt. 24 at 2. Defendant moved to dismiss on *res judicata* and other grounds. Dkt. 14.

On May 8, Plaintiff filed both a response to the motion to dismiss (Dkt. 16) and an amended complaint (Dkt. 15). She then filed a motion for leave to amend her complaint on May 13. Dkt. 18. Because the Court's ruling on the pending motion may result in Plaintiff's amending her complaint a second time and superseding the current live complaint, Defendant seeks to continue his deadline to respond until 21 days after the Court rules on Plaintiff's motion for leave to file a second amended complaint (Dkt. 18).

An extension of this deadline will not prejudice Plaintiff. This extension is requested not for the purposes of delay but in the interest of efficiency, to avoid a response to a complaint that will be superseded.

For the foregoing reasons, Defendant requests that the Court extend the Defendant's deadline to respond to Plaintiff's amended complaint until 21 days after the Court rules on Plaintiff's motion for leave to file a second amended complaint/

Date: May 19, 2026                          Respectfully submitted,

                                            JOHN G.E. MARCK
                                            Acting United States Attorney

                                             By: */s/ Myra Siddiqui*
                                            Myra Siddiqui
                                            Assistant United States Attorney
                                            Southern District No. 3257790
                                            Texas Bar No. 24106434
                                            1000 Louisiana, Suite 2300
                                            Houston, Texas 77002
                                            Tel: (713) 567-9600
                                            Fax: (713) 718-3300
                                            E-mail: myra.siddiqui@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on May 19, 2026, I conferred with Plaintiff via email regarding the foregoing motion. Plaintiff is opposed.

/s/ Myra Siddiqui
Myra Siddiqui
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on May 19, 2026, the foregoing was filed and served on Plaintiff via email and certified mail.

/s/ Myra Siddiqui
Myra Siddiqui
Assistant United States Attorney